[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Barclay Petroleum, Inc. v. Bailey,* Slip Opinion No. 2018-Ohio-5136.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2018-OHIO-5136

BARCLAY PETROLEUM, INC., APPELLANT, *v.* BAILEY, TRUSTEE, ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Barclay Petroleum, Inc. v. Bailey,* Slip Opinion No. 2018-Ohio-5136.]

*Appeal dismissed as having been improvidently accepted.*

(No. 2017-1387—Submitted July 17, 2018—Decided December 21, 2018.)

APPEAL from the Court of Appeals for Hocking County, No. 16CA14, 2017-Ohio-7547.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

O'DONNELL, KENNEDY, FISCHER, and DEGENARO, JJ., concur.

O'CONNOR, C.J., and FRENCH and DEWINE, JJ., dissent.

_____

Organ Cole, L.L.P., Douglas R. Cole, Shawn J. Organ, and Joshua M. Feasel, for appellant.

Tzangas Plakas Mannos, Ltd., and Joshua E. O'Farrell, for appellees.

Vorys, Sater, Seymour & Pease, L.L.P., Gregory D. Russell, Thomas H. Fusonie, Daniel D. Shuey, and Ilya Batikov, urging reversal for amici curiae Ohio Oil and Gas Association and Southeastern Ohio Oil and Gas Association.

_____